UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO 2:21-cv-00729-SPC-NPM

VALERIE MERCURIO,

    Plaintiff,

v.

GSIRM HOLDINGS, INC., f/k/a GULFSHORE
INSURANCE, INC., n/k/a ACRISURE, LLC,
d/b/a GULFSHORE INSURANCE,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, VALERIE MERCURIO, and Defendant, GRISM HOLDINGS, INC. (collectively "the Parties"), hereby stipulated to the dismissal of this action with prejudice (as to all claims), with each party to bear its own attorneys' fees and costs. The parties request that the Court reserve jurisdiction to enforce the parties' agreement.

Respectfully submitted,

| | |
|---|---|
| KAUFMAN DOLOWICH & VOLUCK, LLP<br>301 E. Pine Street, Suite 840<br>Orlando, Florida 32801<br>407-789-0230 | THE AMLONG FIRM<br>500 N.E. Fourth St., Suite 101<br>Fort Lauderdale, Florida 33301<br>(954) 462-1983<br>Eservice@TheAmlongFirm.com |
| By: _s/Benny Menaged_<br>CHRISTOHER E. BROWN, ESQUIRE<br>Florida Bar No.: 0071568<br>Email: cbrown@kdvlaw.com<br>BENNY MENAGED<br>Florida Bar No. 1008200<br>benny.menaged@kdvlaw.com<br>*Counsel for Defendant* | /s/ _Jennifer Daley_<br>WILLIAM R. AMLONG<br>Florida Bar Number 470228<br>WRAmlong@TheAmlongFirm.com<br>JENNIFER DALEY<br>Florida Bar Number 856436<br>JDaley@TheAmlongFirm.com<br>*Attorneys for the Plaintiff,*<br>   *Valerie Mercurio* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served electronically via CM/ECF this day on all counsel of record on the service list.

By: _s/Jennifer Daley_
    JENNIFER DALEY

2